1  **POLSINELLI LLP**
   RICHARD C. GILLER (SBN 117823)
2  rgiller@polsinelli.com
   J. ALAN WARFIELD (SBN 186559)
3  jalanwarfield@polsinelli.com
   2049 Century Park East, Suite 2900
4  Los Angeles, CA 90067
   Telephone:  310.556.1801
5  Facsimile:   310.556.1802

6  Attorneys for Plaintiffs,
   **WILLIAM MITZEL,**
7  **SANTA CLARA WASTE WATER COMPANY and GREEN**
   **COMPASS ENVIRONMENTAL SOLUTIONS, LLC**

8  **SEDGWICK LLP**
   BRUCE D. CELEBREZZE (SBN 102181)
9  bruce.celebrezze@sedgwicklaw.com
   LAURA L. GOODMAN (SBN 142689)
10 laura.goodman@sedgwicklaw.com
   333 Bush Street, 30th Floor
11 San Francisco, CA 94104-2834
   Telephone: 415.781.7900
12 Facsimile: 415.781.2635

13 Attorneys for Defendant
   **IRONSHORE SPECIALTY**
14 **INSURANCE COMPANY**

15

16                **UNITED STATES DISTRICT COURT**

17        **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

18

| | |
|---|---|
| WILLIAM MITZEL, et al., , | USDC CASE NO. : 2:16-cv-02045-MWF-AJW(x) |
| Plaintiffs, | |
| v. | **ORDER RE STIPULATION RE STAY** |
| IRONSHORE SPECIALTY INSURANCE COMPANY, | Complaint Filed: February 9, 2016 |
| | Date Removed: March 24, 2016 |
| Defendant. | Trial Date: Not Set |

ORDER RE STIPULATION RE STAY

53114742.1

## ORDER ON STIPULATION

Based on the stipulation of the parties, the Court finds good cause for a temporary stay of this action. It is hereby ORDERED that this action is stayed subject to the terms and conditions set forth in the stipulation above or as the Court may otherwise order.

Plaintiffs' Motion to Remand or in the Alternative to Stay Proceedings (Docket No. 15) is WITHDRAWN and the hearing is VACATED.

May 10, 2016

*[signature]*

The Honorable Michael W. Fitzgerald
UNITED STATES DISTRICT COURT JUDGE