**POLSINELLI LLP**
RICHARD C. GILLER (SBN 117823)
rgiller@polsinelli.com
J. ALAN WARFIELD (SBN 186559)
jalanwarfield@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:  310.556.1801
Facsimile:   310.556.1802

Attorneys for Plaintiffs,                                             JS-6
**WILLIAM MITZEL,**
**SANTA CLARA WASTE WATER COMPANY and GREEN**
**COMPASS ENVIRONMENTAL SOLUTIONS, LLC**

**SEDGWICK LLP**
BRUCE D. CELEBREZZE (SBN 102181)
bruce.celebrezze@sedgwicklaw.com
LAURA L. GOODMAN (SBN 142689)
laura.goodman@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Defendant
**IRONSHORE SPECIALTY**
**INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| WILLIAM MITZEL, et al., ,<br><br>         Plaintiffs,<br><br>      v.<br><br>IRONSHORE SPECIALTY<br>INSURANCE COMPANY,<br><br>         Defendant. | USDC CASE NO. : 2:16-cv-02045-MWF-AJW(x)<br><br> AMENDED<br>**ORDER RE STIPULATION RE STAY**<br><br>Complaint Filed:   February  9, 2016<br><br>Date Removed:    March 24, 2016<br><br>Trial Date:          Not Set |

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
310.556.1801

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
310.556.1801

## ORDER ON STIPULATION

Based on the stipulation of the parties, the Court finds good cause for a temporary stay of this action.  It is hereby ORDERED that this action is stayed subject to the terms and conditions set forth in the stipulation above or as the Court may otherwise order.

Plaintiffs' Motion to Remand or in the Alternative to Stay Proceedings (Docket No. 15) is WITHDRAWN and the hearing is VACATED.

May 10, 2016

_____
The Honorable Michael W. Fitzgerald
UNITED STATES DISTRICT COURT JUDGE

- 2 -

[PROPOSED] ORDER RE STIPULATION RE STAY